Julian Murphy, pro se.

COLEMAN, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Murphy v. State, 181 So.2d 630.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

187 So.2d 814

**Johnnie Virgil NATIONS**

**v.**

**STATE.**

**7 Div. 744.**

Supreme Court of Alabama.

June 16, 1966.

Johnnie V. Nations, pro se.

Richmond M. Flowers, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Johnnie Virgil Nations for certiorari to the Court of Appeals in Nations v. State, 187 So.2d 814.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

181 So.2d 627

**Willie D. PENDLEY**

**v.**

**STATE of Alabama.**

**6 Div. 273.**

Supreme Court of Alabama.

Jan. 6, 1966.

Willie D. Pendley, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Willie D. Pendley for certiorari to the Court of Appeals to review and revise the judgment and decision in Pendley v. State, 181 So.2d 624 (6 Div. 52).

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.